UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY N. GOFF, | CASE NO. EDCV 16-535-AGR |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: December 14, 2017

ALICIA G. ROSENBERG
United States Magistrate Judge